EATON vs. TALLMADGE and another.

A cause noticed for argument in this court *before* the return of the clerk of the court below is made, will be stricken from the calendar on motion of the other side.

ERROR to the Circuit Court for *Fond du Lac* County.
*R. P. Eaton*, plaintiff in error, in person.
*É. S. Bragg*, contra.

COLE, J.  A motion is made to strike this cause from the calendar because it was noticed for argument by the plaintiff in error before the return of the clerk was made.  We think the motion must be granted.  A cause should not be noticed for argument before the return has been made; because if it is, it is liable to be stricken from the calendar upon motion of the other side.

*By the Court.* — Motion granted.